No. 3,265.—STONE, ORDEAN WELLS CO., PLAINTIFF AND RESPONDENT, *v.* JACOB L. GOLDBERG ET AL., DEFENDANTS AND APPELLANTS.

*Appeal from District Court, Park County; J. F. O'Connor, Judge.*

Decided December 12, 1912.

PER CURIAM.—Respondent's motion to dismiss the appeals herein is hereby sustained and the appeals are accordingly dismissed.

*Messrs. Nichols & Wilson,* for Appellants.

No. 3,168.—STELLA ANDERSON, PLAINTIFF AND RESPONDENT, *v.* NORTHERN PACIFIC RY. CO. ET AL., DEFENDANTS AND APPELLANTS.

*Appeal from District Court, Missoula County; F. C. Webster, Judge.*

Decided January 7, 1913.

PER CURIAM.—Pursuant to stipulation between counsel for the respective parties, it is ordered that the appeal herein be, and it is hereby, dismissed.

*Messrs. Gunn & Rasch,* for Appellants.

*Mr. Harry H. Parsons, John W. Tolan,* and *Messrs. Walsh & Nolan,* for Respondent.